AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

FEB 23 2016

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:16-cr-25-GZS |
| William Duffy | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ___02/23/2016___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Timothy Zerillo, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

George Z. Singal, U.S. District Judge
*Judge's printed name and title*